FILED
SUPERIOR COURT

2012 SEP 21 PM 4: 23

CLERK OF COURT
BY: _____

## IN THE SUPERIOR COURT OF GUAM

IN THE MATTER OF THE

GUARDIANSHIP

OF

RADHI P. HEMLANI,

)
)
)
)
)
)
)
)
)

SPECIAL PROCEEDINGS NO. SP195-11

DECISION AND ORDER

## INTRODUCTION

This matter came before the Honorable Anita A. Sukola on September 20, 2012, for a Further Proceedings relative to the Office of the Public Guardian's Request Under Seal and Request for Legal Services filed on August 1, 2012.

Present before the Court was Attorney Thomas M. Tarpley, Jr. representing Petitioner Kishore Hemlani. Attorney Jeffrey A. Cook was also present with his client, Radhi Hemlani. Attorney Rodney J. Jacob represented the Intervenor, Vasudev B. Hemlani. Public Guardian Marcelene C. Santos was also present.

## BACKGROUND

On August 1, 2012, the Office of the Public Guardian ("OPG") filed an Application for an Ex Parte Order. The OPG specifically filed a Request Under Seal to Retain Legal Services. In her filing, the OPG represented that a verified complaint was filed in CV758-12 by Kamlesh K. Hemlani, mirroring in many respects CV506-09, which was earlier dismissed. The OPG

cited that the legal issues regarding Mrs. Radhi Hemlani's capacity as Settlor Trustee of the Radhi Puran Trust are complex and beyond her expertise as an attorney.

The Court having reviewed the application filed by the OPG needed clarification relative to the underlying issues in the instant case. Further, the Court wanted to be clear: whether the OPG was requesting for the appointment of an independent counsel for Mrs. Hemlani and replace her existing counsel, Mr. Cook, or whether Mrs. Hemlani's current counsel remain on board and appoint another counsel to assist the OPG in overseeing her involvement with the Special Proceedings matter. After the September 20, 2012, Further Proceedings, it was clear to the Court that several conflicts existed between the different parties involved in other cases. As a result, the Court was convinced that in the best interest of Mrs. Radhi Hemlani, the OPG should appoint an independent counsel to assist her and relieve Mr. Cook. Likewise, the documents filed under seal by the OPG will remain sealed until further ordered by the Court

## DISCUSSION

With respect to sealed documents, the Court is guided by the Supreme Court of Guam's recent holding in a guardianship matter. "There is no statute that exempts adult guardianship records from the public realm. We hold that the public interest in protecting the elderly from abuse and mistreatment by court-appointed fiduciaries generally outweighs a ward's privacy interest. As a result, where there is no showing of any compelling reason that guardianship records should be sealed in a specific case, the presumption of openness applies to adult guardianship records." *In re Guardianships of Moylan*, 2011 Guam 16 ¶ 52.

In the instant case, many competing and conflicting interests among the parties involved seem to exist. In view of this, the Court wants to protect the interest of Mrs. Hemlani and finds that there is compelling reason brought out on the record justifying a need to seal documents

submitted by the OPG. Accordingly, until further ordered by the Court, the documents submitted by the OPG remain sealed. Likewise, the Court awaits an Order to be filed by the OPG enumerating the specifics regarding the new appointed counsel for Mrs. Hemlani.

## CONCLUSION

By a preponderance of the evidence and based on the foregoing reasons, the Court GRANTS the OPG's request for an independent counsel. In addition, the Court will continue to seal documents submitted by the OPG under seal until further ordered.

**SO ORDERED** this __21__ day of ___Sept___, 2012.

_____

ᴴONORABLE ANITA A. SUKOLA
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

SEP 21 2012

Edna M. Nego
Deputy Clerk, Superior Court of Guam

**SERVICE VIA COURT BOX**

I acknowledge that a copy of the original hereto was placed in the court box of:

J. Cook, R. Jacob,
T. Tarpley
Date: 9/21 Time: 4:45pm

_____
Deputy Clerk, Superior Court of Guam